Tyrone WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58467.

Missouri Court of Appeals, Western District.

April 24, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2001.

Application for Transfer Denied June 26, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, MO, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, MO, for Respondent.

Before LAURA DENVIR STITH, P.J.,[1] SMART and HOWARD, JJ.

### Order

PER CURIAM:

Tyrone Williams appeals the denial of his Rule 29.15 postconviction motion. Having carefully considered his contentions on appeal, this court has determined that the trial court ruling was not clearly erroneous. The judgment is affirmed. Rule 84.16(b).